**JOINTLY SUBMITTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TEAM ONE DISPLAY SERVICES, INC.,
a Georgia Corporation;

      Plaintiff,

vs.

ARLON GRAPHICS, LLC.,
a Delaware Limited Liability Company; and
DOES I through X and ROE
CORPORATIONS I through X;

      Defendants.

Case No. 2:15-cv-01185-JCM-GWF

**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STAY DISCOVERY**

      Plaintiff Team One Display Services, Inc. ("Team One") and Defendant Arlon Graphics, LLC ("Arlon"), by and through their respective counsel, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1.   The hearing on Arlon's Motion to Stay Discovery (ECF 23) will be continued from October 13, 2015 at 9:30 am (ECF 25) to the afternoon of October 16, 2015 at whatever time is most convenient to the Court, on the grounds that Team One's counsel has a previously-scheduled hearing in another matter on the morning of October 13, 2015.

HOWARD & HOWARD ATTORNEYS PLLC

  /s/  Robert Hernquist
Jay Young, Nevada Bar No. 5562
Robert Hernquist, Nevada Bar No. 10616
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada  89169-5914

*Attorneys for Plaintiff Team One Display Services Inc.*

LAW OFFICES OF DAVID M. KORREY

  /s/   Keith R. Denny
David M. Korrey, Nevada Bar No. 6385
624 9th Street
Las Vegas, NV 89101

-- AND --

William R. Simon, Jr. (pro hac vice)
 Keith R. Denny (pro hac vice)
SOLLERTIS
PO Box 5005  PMB #107
6105 Paseo Delicias, Suite 7
Rancho Santa Fe, CA 92067

*Attorneys for Defendant Arlon Graphics LLC*

  The hearing is continued to **Friday, October 16, 2015 at 2:00 p.m.** in Courtroom 3A.

**IT IS SO ORDERED**

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATE:_____ September 11, 2015

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483