1
2
3
4                       UNITED STATES DISTRICT COURT
5                            DISTRICT OF NEVADA
6                                   * * *

7   TEAM ONE DISPLAY SERVICES, INC.,          Case No. 2:15-CV-1185 JCM (GWF)
8                              Plaintiff(s),                  ORDER
9           v.
10  ARLON GRAPHICS, LLC,
11                             Defendant(s).
12

13          Presently before the court is defendant Arlon Graphics, LLC's motion to dismiss the
14  complaint. (Doc. # 6). Plaintiff Team One Display Services, Inc. filed a response (doc. # 14), and
15  defendant Arlon Graphics filed a reply. (Doc. # 15).
16          Also before the court is plaintiff's motion to strike defendant's reply to the response to the
17  motion to dismiss. (Doc. # 19). Defendant filed a response (doc. # 22), and plaintiff filed a reply.
    (Doc. # 26).
18          Defendant's motion requests the dismissal of plaintiff's original complaint. (Doc. # 1).
19  However, plaintiff filed an amended complaint. (Doc. # 35).
20          An amended complaint supersedes the original pleading, making it "non-existent."
21  *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended
22  pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v.*
23  *Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013). The motion to strike the reply to the motion to
24  dismiss is similarly moot.
25          Accordingly,
26          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Arlon
27  Graphics, LLC's motion to dismiss the original complaint (doc. # 6) be, and the same hereby is,
    DENIED as moot, without prejudice.
28

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that plaintiff Team One Display Services, Inc.'s motion to

2    strike defendant's reply to the response to the motion to dismiss (doc. # 19) be, and the same

3    hereby is, DENIED as moot.

     DATED March 24, 2016.

4

5    _____
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**