1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                      * * *

7   TEAM ONE DISPLAY SERVICES, INC.,          Case No. 2:15-CV-1185 JCM (GWF)

8                                Plaintiff(s),           ORDER

9          v.

10  ARLON GRAPHICS, LLC,

11                               Defendant(s).

12

13         Presently before the court is defendant Arlon Graphics, LLC's ("Arlon") motion to

14  reconsider the magistrate judge's denial of its motion for leave to exceed page limits. (ECF No.

15  52). Plaintiff Team One Display Services, Inc. ("Team One") has not filed a response, and the time

16  for doing so has passed.

17  **I.      Background**

18         Arlon filed a motion to dismiss Team One's claims for failure to state a claim or improper

19  venue or, in the alternative, to transfer venue. (ECF No. 39). The motion is approximately fifty

20  pages long. (*See id.*). At the time the motion was filed, briefs and points and authorities in support

21  of a motion were limited to thirty pages by Local Rule ("LR") 7-4. [1] *See* D. Nev. R. LR 7-4. Arlon

22  filed a motion for leave to file a brief in support of a motion in excess of the limits set by LR 7-4.

23  (*See* ECF No. 44).

24

25

26         [1] The Local Rules were updated recently, effective May 1, 2016. The rule on page
    limitations is now found at LR 7-3, and briefs in support of a motion are limited to twenty-four
27  pages. The version of the rule in effect at the time of the filing of this motion, however, was found
    at LR 7-4. That version of the ruled allowed for briefs up to thirty pages in length. The present
28  motion will be considered under the framework of the local rules in place at the time of its filing,
    and all citations will comport to that version of the rules.

**James C. Mahan**
**U.S. District Judge**

1   The magistrate judge assigned to this case considered and denied the motion. (*See* ECF No.

2   50). Observing that Arlon could "easily edit and reduce its proposed motion to comply with the

3   limitations set forth in LR 7-4," the court found it had not shown good cause to warrant the

4   additional twenty pages. (*Id.*) Arlon objects to the order and requests that the undersigned

5   reconsider the motion pursuant to LR IB 3-2

6   **II.      Legal Standard**

7          Magistrate judges are authorized to resolve pretrial matters subject to district court review

8   under a "clearly erroneous or contrary to law" standard. 28 U.S.C. § 636(b)(1)(A); *see also* Fed.

9   R. Civ. P. 72(a); LR IB 3–1(a) ("A district judge may reconsider any pretrial matter referred to a

10  magistrate judge in a civil or criminal case pursuant to LR IB 1–3, where it has been shown that

11  the magistrate judge's ruling is clearly erroneous or contrary to law."). "This subsection would also

12  enable the court to delegate some of the more administrative functions to a magistrate, such as ...

13  assistance in the preparation of plans to achieve prompt disposition of cases in the court." *Gomez*

14  *v. United States*, 490 U.S. 858, 869, 109 S.Ct. 2237, 104 L.Ed.2d 923 (1989).

15         "A finding is clearly erroneous when although there is evidence to support it, the reviewing

16  body on the entire evidence is left with the definite and firm conviction that a mistake has been

17  committed." *United States v. Ressam*, 593 F.3d 1095, 1118 (9th Cir.2010) (quotation omitted).

18  "An order is contrary to law when it fails to apply or misapplies relevant statutes, case law or rules

19  of procedure." *Global Advanced Metals USA, Inc. v. Kemet Blue Powder Corp.*, 2012 WL

20  3884939, at *3 (D.Nev.2012).

21  **III.     Discussion**

22         Defendant argues that because the pending fifty-page motion to discuss has been fully

23  briefed on the record, it would be in the interest of both the parties and the court for the court to

24  adjudicate the motion. Arlon does not address the clearly erroneous or contrary to law standard

25  described above. Accordingly, it has failed to explain to the undersigned how the magistrate

26  judge's determination *was* clearly erroneous or contrary to law.

27         The court finds that the magistrate judge's decision to deny the motion was based on a

28  careful consideration of the arguments contained in the lengthy motion and his determination that

**James C. Mahan**
**U.S. District Judge**

- 2 -

1  the arguments do not warrant the length of the brief. Further, the court finds it is in the interest of

2  both the parties and the court for parties before the court to follow the local rules and the court's

3  orders. The motion to reconsider is therefore denied. The motion to dismiss is denied without

4  prejudice to refiling a motion that complies with the local rules, as amended May 1, 2016.

5  　　　If defendant wishes to refile a complying motion, it is ordered to do so within seven (7)

6  days of entry of this order.

7  **IV.　　Conclusion**

8  　　　Accordingly,

9  　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Arlon

10  Graphics, LLC's motion to reconsider the magistrate judge's denial of its motion for leave to

11  exceed page limits (ECF No. 52) be, and the same hereby is, DENIED.

12  　　　IT IS FURTHER ORDERED that defendant Arlon Graphics, LLC's motion to dismiss

13  (ECF No. 39) be, and the same hereby is, DENIED without prejudice.

14  　　　IT IS FURTHER ORDERED that defendant Arlon Graphics, LLC shall file an amended

15  motion to dismiss consistent with this order, if any, within seven (7) days of entry of this order.

16  　　　DATED June 23, 2016.

17

18  _____
　　UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 3 -