HOWARD & HOWARD ATTORNEYS PLLC
W. West Allen, Nevada Bar No. 5566
Robert Hernquist, Nevada Bar No. 10616
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
wwa@h2law.com
rwh@h2law.com

*Attorneys for Plaintiff*
*Team One Display Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAM ONE DISPLAY SERVICES, INC., a Georgia Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ARLON GRAPHICS, LLC, a Delaware Limited Liability Company; and DOES I through X and ROE CORPORATIONS I through X;<br><br>Defendants. | Case No. 2:15-cv-01185-JCM-GWF<br><br>**STIPULATION AND ORDER TO STAY BRIEFING ON DEFENDANT'S AMENDED MOTION TO DISMISS PENDING A DECISION ON PLAINTIFF'S MOTION TO STRIKE** |

Plaintiff Team One Display Services, Inc. ("Team One") and Defendant Arlon Graphics, LLC ("Arlon"), by and through their respective counsel, hereby stipulate and agree to stay briefing on Arlon's Amended Motion to Dismiss (ECF 65) pending a Decision on Team One's Motion to Strike (ECF 68). A hearing on Team One's Motion to Strike has been set for August 18, 2016 (ECF 69).

This is the Parties' first request for an extension of time regarding briefing on Arlon's

Amended Motion to Dismiss.  The Parties believe the requested stay is appropriate in an effort to eliminate unnecessary costs and to avoid unnecessary filings on the Court's docket, because absent such a stay in the event that Team One's Motion to Strike is granted then Team One would be required to prepare and file two Opposition briefs and Arlon would in turn be required to prepare and file two Reply briefs.

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | LAW OFFICES OF DAVID M. KORREY |
| /s/  Robert Hernquist | /s/   Keith R. Denny |
| Jay Young, Nevada Bar No. 5562<br>Robert Hernquist, Nevada Bar No. 10616<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, Nevada  89169-5914 | David M. Korrey, Nevada Bar No. 6385<br>624 9th Street<br>Las Vegas, NV 89101 |
| | -- AND -- |
| *Attorneys for Plaintiff Team One Display Services Inc.* | William R. Simon, Jr. (pro hac vice)<br> Keith R. Denny (pro hac vice)<br>Sollertis<br>PO Box 5005  PMB #107<br>6105 Paseo Delicias, Suite 7<br>Rancho Santa Fe, CA 92067 |
| | *Attorneys for Defendant Arlon Graphics LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: July 21, 2016