David M. Korrey, Esq.(Nev. SB No. 6385)
LAW OFFICES OF DAVID M. KORREY
624 South Ninth Street
Las Vegas, Nevada 89101
Tel: (702) 471-0200
Fax: (702) 471-1313
Email: dkorrey@aol.com
&
William R. Simon, Jr. (pro hac vice)
Keith R. Denny (pro hac vice)
Sollertis
P.O. Box 5005, PMB #107
6105 Paseo Delicias, Suite 7
Rancho Santa Fe, CA 92067
Tel: (858) 771-0081
Fax: (858) 771-0086
Email: wsimon@solertis.com
        kdenny@solertis.com

Attorneys for Defendant
Arlon Graphics, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEAM ONE DISPLAY SERVICES, INC., a Georgia Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>ARLON GRAPHICS, LLC, a Delaware Limited Liability Company Corporation, DOES I through X, inclusive, ROE CORPORATIONS I through X ,<br><br>            Defendants. | Case No. 2:15-cv-01185-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO STRIKE DEFENDANT'S AMENDED MOTION TO DISMISS**<br><br>Hearing Date: August 18, 2016<br>Hearing Time: 10:30 a.m.<br>Ctrm: LV Courtroom 3A<br><br>Hon. Magistrate Judge George Foley, Jr. Presiding |

    Plaintiff Team One Display Services, Inc. ("Team One") and Defendant Arlon Graphics, LLC ("Arlon"), by and through their respective counsel, hereby stipulate and agree to extend the briefing on Team One's Motion to Strike (ECF 68). A hearing on Team One's Motion to Strike

has been set for August 18, 2016 (ECF 69).

Arlon's Response Brief is now due on July 30, 2016. Team One's Reply is due seven (7) days later [LR 7-2(c)].

This is the Parties' first request for an extension of time regarding briefing on Team One's Motion to Strike. The parties seek this relief to allow them to explore pending settlement proposals which would resolve this case in its entirety. This request is made to reduce the Parties' respective attorneys fees to optimize the chances of resolving this case at this time.

The parties seek this Court's approval to modify the briefing schedule as follows:

Arlon's Response to Team One's Motion to Strike will now be due August 10, 2016;

Team One's Reply to this Arlon's Response will be due on August 15, 2016.

SO STIPULATED

| Howard & Howard Attorneys PLLC | Law Offices of David M. Korrey |
|---|---|
| /s/   Robert Hernquest | (s) David M. Korrey |
| Jay Young, Nevada Bar No. 5562<br>Robert Hernquist, Nevada Bar No. 10616<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, Nevada 89169-5914<br>Attorneys for Plaintiff Team One<br>Display Services Inc. | David M. Korrey, Nevada Bar No. 6385<br>624 9th Street<br>Las Vegas, NV 89101<br><br>-- AND --<br><br>William R. Simon, Jr. (pro hac vice)<br>Keith R. Denny (pro hac vice)<br>Sollertis<br>PO Box 5005 PMB #107<br>6105 Paseo Delicias, Suite 7<br>Rancho Santa Fe, CA 92067<br>Attorneys for Defendant<br>Arlon Graphics, LLC |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 1, 2016