David M. Korrey, Esq.(Nev. SB No. 6385)
LAW OFFICES OF DAVID M. KORREY
624 South Ninth Street
Las Vegas, Nevada 89101
Tel: (702) 471-0200
Fax: (702) 471-1313
Email: dkorrey@aol.com
&
William R. Simon, Jr. (pro hac vice)
Keith R. Denny (pro hac vice)
Sollertis
P.O. Box 5005, PMB #107
6105 Paseo Delicias, Suite 7
Rancho Santa Fe, CA 92067
Tel: (858) 771-0081
Fax: (858) 771-0086
Email: wsimon@solertis.com
       kdenny@solertis.com

Attorneys for Defendant
Arlon Graphics, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEAM ONE DISPLAY SERVICES, INC., a Georgia Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARLON GRAPHICS, LLC, a Delaware Limited Liability Company Corporation, DOES I through X, inclusive, ROE CORPORATIONS I through X,<br><br>    Defendants. | Case No. 2:15-cv-01185-JCM-GWF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING LAST DATE TO DISCLOSE REBUTTAL EXPERTS**<br><br><br>Hon. Magistrate Judge George Foley, Jr. Presiding |

    Plaintiff Team One Display Services, Inc. ("Team One") and Defendant Arlon Graphics, LLC ("Arlon"), by and through their respective counsel, hereby stipulate and agree to extend the last date to disclose rebuttal experts now set by Order of the Court for August 16, 2016 (ECF 60)

Stipulation                                                              Team One v Arlon, 2:15-cv–01185-JCM-GWF

1  to August 26, 2016.

2      This is the Parties' second request for a modification of the scheduling order. The parties
3  seek this relief to allow them to explore pending settlement proposals which would resolve this
4  case in its entirety. This request is made to reduce the Parties' respective costs and attorneys fees
5  to optimize the chances of resolving this case at this time.

6      SO STIPULATED

7  Howard & Howard Attorneys PLLC    Law Offices of David M. Korrey

9  /s/   Robert Hernquest    (s) David M. Korrey
   Jay Young, Nevada Bar No. 5562    David M. Korrey, Nevada Bar No. 6385
10  Robert Hernquist, Nevada Bar No. 10616  624 9th Street
   3800 Howard Hughes Pkwy., Ste. 1000   Las Vegas, NV 89101
11  Las Vegas, Nevada 89169-5914
   Attorneys for Plaintiff Team One    -- AND --
12  Display Services Inc.

                     William R. Simon, Jr. (pro hac vice)
13                       Keith R. Denny (pro hac vice)
                      Sollertis
14                       PO Box 5005 PMB #107
                      6105 Paseo Delicias, Suite 7
15                       Rancho Santa Fe, CA 92067
                      Attorneys for Defendant
16                       Arlon Graphics, LLC

17                       IT IS SO ORDERED

19                       _/s/ George Foley Jr._____
                      UNITED STATES MAGISTRATE JUDGE
20                       DATED: August 10, 2016