HOWARD & HOWARD ATTORNEYS PLLC
W. West Allen, Nevada Bar No. 5566
wwa@h2law.com
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Plaintiff*
*Team One Display Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAM ONE DISPLAY SERVICES, INC., a Georgia Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ARLON GRAPHICS, LLC, a Delaware Limited Liability Company; and DOES I through X and ROE CORPORATIONS I through X;<br><br>Defendants. | Case No. 2:15-cv-01185-JCM-GWF<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (WITH PREJUDICE)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Team One Display Services, Inc. and Defendant Arlon Graphics, LLC hereby stipulate and agree to dismiss the above-captioned matter in its entirety, with prejudice as to all claims, causes of action and parties and with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | LAW OFFICES OF DAVID M. KORREY |
| /s/ Robert Hernquist | /s/ David Korrey |
| W. West Allen, Nevada Bar No. 5566 | David M. Korrey, Nevada Bar No. 6385 |
| Robert Hernquist, Nevada Bar No. 10616 | 624 9th Street |
| 3800 Howard Hughes Pkwy., Ste. 1000 | Las Vegas, NV 89101 |
| Las Vegas, Nevada  89169-5914 | |
| | -- AND – |
| *Attorneys for Plaintiff Team One Display Services Inc.* | William R. Simon, Jr. (pro hac vice) |
| | Keith R. Denny (pro hac vice) |
| | Sollertis |
| | PO Box 5005  PMB #107 |
| | 6105 Paseo Delicias, Suite 7 |
| | Rancho Santa Fe, CA 92067 |
| | *Attorneys for Defendant Arlon Graphics LLC* |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), it is HEREBY ORDERED THAT THIS ACTION IS HEREBY DISMISSED, WITH PREJUDICE, as to all claims, causes of action and parties with each party to bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATE: October 14, 2016_____

Respectfully submitted by:

HOWARD & HOWARD ATTORNEYS PLLC

  /s/   Robert Hernquist
W. West Allen, Nevada Bar No. 5566
Robert Hernquist, Nevada Bar No. 10616

*Attorneys for Plaintiff Team One Display Services, Inc.*